UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 95-8585

ISZARD BALLARD, JR.,

Plaintiff - Appellant,

versus

PARRIS N. GLENDENING; JOSEPH CURRAN, JR.;
BISHOP L. ROBINSON; RICHARD A. LANHAM, SR.;
EARL BESHEARS; RALPH LOGAN,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-95-1630-JFM)

Submitted:  May 16, 1996

Decided:  June 3, 1996

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Iszard Ballard, Jr., Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Audrey J. S. Carrion, OFFICE OF THE ATTORNEY
GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Ballard v. Glendening</u>, No. CA-95-1630-JFM (D. Md. Nov. 20, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>